Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by RICHARD J. ZIMMER, Respondent, v. CHARLES L. SEABURY & COMPANY, Employer, and the UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.—Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim of JAMES E. DEPREE, Respondent, for Compensation to Himself under the Workmen's Compensation Law, v. INTERBOROUGH RAPID TRANSIT COMPANY, Employer and Self-Insurer, Appellant.—Award unanimously affirmed on the authority of Kowalek v. New York Consolidated R. R. Co. (190 App. Div. 160) and Matter of Littler v. Fuller Co. (223 N. Y. 369.)

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim of IRVING FOX, Respondent, for Compensation under the Workmen's Compensation Law, v. W. R. OSTRANDER & COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.—Award reversed and claim dismissed on the authority of Matter of Aylesworth v. Phœnix Cheese Co. (170 App. Div. 34). All concur, except John M. Kellogg, P. J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim of HAROLD STEVENS, Respondent, for Compensation under the Workmen's Compensation Law, v. CONNORIZED MUSIC COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by HYMAN WEINBERG, Respondent, v. EHRENBERG BRASS MANUFACTURING COMPANY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.—Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim of DORA T. MOSSBACH, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of LEO J. MURPHY, v. THE BEACON HOLDING COMPANY, INC., Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.—Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim of Mrs. A. HANNA, Respondent, for Compensation for Herself, under the Workmen's Compensation Law, v. J. H. PIERSON COMPANY, Employer, and MARYLAND CASUALTY COMPANY, Insurance Carrier, Appellants.—Award unanimously affirmed.

In the Matter of the Judicial Settlement of the Accounts of MARY L. MCKINNON, as Executrix, etc., of FRANK H. MCKINNON, Deceased, who was Administrator of the Estate of JAMES R. BAUMES, Deceased.   MARY L. MCKINNON, Appellant; JULIUS E. HALL, Respondent.— Decree unanimously affirmed, with costs.